UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: AUGUST 6, 2008
08CV4447
JUDGE KENNELLY
MAGISTRATE JUDGE ASHMAN

| | |
|---|---|
| MILLER'S ALE HOUSE, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| RAM INTERNATIONAL I, LLC, a Washington Limited Liability Company, | ) ) ) |
| Defendant. | ) ) |

CASE NO.:

Judge: JFB
Magistrate:

Jury Trial Demand

## NOTIFICATION AS TO AFFILIATES

In accordance with Local Rule 3.2, plaintiff Miller's Ale House, Inc. hereby states that it has no publicly held affiliates within the meaning of this rule.

**MILLER'S ALE HOUSE, INC.**

Dated: August 6, 2008        By:    s/ Jeanne M. Gills
J. Rodman Steele, Jr.
Florida Bar Number: 356786
Richard L. Horn
Florida Bar Number: 0091998
Illinois Bar Number: 1261568
Akerman Senterfitt
222 Lakeview Avenue, Suite 400
West Palm Beach, FL 33401-6183
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
Email: rodman.steele@akerman.com
Email: richard.horn@akerman.com

David R. Melton

CHIC_3386094.1

Illinois Bar Number: 1883267
Jeanne Marie Gills
Illinois Bar Number: 6225018
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60654
Telephone:   312-832-4500
Facsimile:    312-832-4700
Email: dmelton@foley.com
Email: jgills@foley.com

*Attorneys for Plaintiff*