UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILLER'S ALE HOUSE, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>RAM INTERNATIONAL I, LLC, a Washington Limited Liability Company,<br><br>        Defendant. | FILED: AUGUST 6, 2008<br>08CV4447<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE ASHMAN<br><br>CASE NO.:<br>JFB<br>Judge:<br>Magistrate:<br><br>Jury Trial Demand |

## NOTICE OF CLAIM INVOLVING TRADEMARKS

Please take notice in accordance with Local Rule 3.4 that this action involves the following U. S. registered trademarks:

No. 2,551,537 (March 26, 2002)
No. 2,611,506 (August 27, 2002)
No. 2,734,343 (July 8, 2003)

**MILLER'S ALE HOUSE, INC.**

Dated: August 6, 2008          By:     s/ Jeanne M. Gills
                                                       J. Rodman Steele, Jr.
                                                       Florida Bar Number: 356786
                                                       Richard L. Horn
                                                       Florida Bar Number: 0091998
                                                       Illinois Bar Number: 1261568
                                                       Akerman Senterfitt
                                                       222 Lakeview Avenue, Suite 400
                                                       West Palm Beach, FL 33401-6183
                                                       Telephone: (561) 653-5000
                                                       Facsimile: (561) 659-6313
                                                       Email: rodman.steele@akerman.com
                                                       Email: richard.horn@akerman.com

David R. Melton
Illinois Bar Number:   1883267
Jeanne Marie Gills
Illinois Bar Number:   6225018
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60654
Telephone:   312-832-4500
Facsimile:   312-832-4700
Email:  dmelton@foley.com
Email: jgills@foley.com

*Attorneys for Plaintiff*

2