# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| MILLER'S ALE HOUSE, INC., | FILED: AUGUST 6, 2008 |
|           Plaintiff | 08CV4447 |
| v. | JUDGE KENNELLY |
| RAM INTERNATIONAL I, LLC, | MAGISTRATE JUDGE ASHMAN |
|           Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MILLER'S ALE HOUSE, INC.                                   JFB

| |
|---|
| NAME (Type or print) <br> David R. Melton |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David R. Melton |
| FIRM <br> Foley & Lardner LLP |
| STREET ADDRESS <br> 321 North Clark Street (Suite 2800) |
| CITY/STATE/ZIP <br> Chicago, Illinois 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1883267 | TELEPHONE NUMBER <br> 312-832-4599 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |