# United States District Court for the Northern District of Illinois

Case Number: 08CV4447  Assigned/Issued By: DAJ

Judge Name: KENNELLY  Designated Magistrate Judge: ASHMAN

## FEE INFORMATION

Amount Due: [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00  Receipt #: 3000932

Date Payment Rec'd: 08/06/08  Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
  _____
  (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
  (Type of Writ)

_1_ Original and _0_ copies on _08/06/08_ as to _DEF._

C:\wpwin80\docket\feeinfo.frm   03/14/05