# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08CV4447
MILLER'S ALE HOUSE, INC.,
                    Plaintiff                      Judge Kennelly
v.                                                 Magistrate Judge Ashman
RAM INTERNATIONAL I, LLC,
                    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MILLER'S ALE HOUSE, INC.

| | |
|---|---|
| NAME (Type or print) <br> Jeanne M. Gills | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeanne M. Gills | |
| FIRM <br> Foley & Lardner LLP | |
| STREET ADDRESS <br> 321 North Clark Street (Suite 2800) | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6225018 | TELEPHONE NUMBER <br> 312-832-4583 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |