## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>MILLER'S ALE HOUSE, INC.<br>Plaintiff,<br>v.<br>RAM INTERNATIONAL I, LLC,<br>Defendant. | Case Number: 08CV4447<br><br>Judge Kennelly<br>Magistrate Judge Ashman |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MILLER'S ALE HOUSE, INC.

| | |
|---|---|
| NAME (Type or print) | |
| Richard L. Horn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Richard L. Horn | |
| FIRM | |
| Akerman Senterfitt | |
| STREET ADDRESS | |
| 222 Lakeview Avenue (Suite 400) | |
| CITY/STATE/ZIP | |
| West Palm Beach, Florida 33401 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1261568 | TELEPHONE NUMBER<br>561-653-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |